# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFREY JORDAN,<br><br>    Defendant. | No. CR98-0011-LRR<br><br>**ORDER** |

This matter is before the court pursuant to the defendant's pro se motion for an order nunc pro tunc (docket no. 522).

The court sentenced defendant to 384 months imprisonment on August 31, 2000. *See* docket no. 351. His conviction was affirmed on appeal. *United States v. Jordan*, 260 F.3d 930, 932 (8th Cir. 2001). Defendant then filed a 28 U.S.C. § 2255 habeas petition, which this court denied. *See* docket nos. 415, 423. In 2015, the court, on its own motion, considered whether defendant was eligible for the "All Drugs Minus Two" guidelines reduction, and found that he was not. *See* docket no. 502. More than two years later, defendant filed a motion asking the court to reconsider both the underlying conviction and the "All Drugs Minus Two" issue. *See* docket no. 520. The court denied that motion as untimely and for failing to raise meritorious issues. *See* docket no. 521.

In his present motion, defendant makes the same arguments raised in early motions, but couches then in a request for this court to amend his judgment and sentence nunc pro tunc. "The function of a nunc pro tunc order is to correct clerical or ministerial errors, including typographical errors, or to reduce an oral or written opinion to judgment; the function is not to make substantive changes affecting a party's rights."

*United States v. Suarez-Perez*, 484 F.3d 537, 541 (8th Cir. 2007) (internal citations omitted). The Eighth Circuit has expressly stated that a court should not use a nunc pro tunc order to make substantive changes in a criminal case. *Id.*, at 542. For that reason, along with the all the reasons stated in the court's previous orders, defendant's motion (docket no. 522) is denied.

**IT IS SO ORDERED**.

**DATED** this 9th day of January, 2018.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA